UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, :
:
v. : Criminal No. 1:17-cr-00224-KBJ
:
VERSIE SEGERS, :
        Defendant. :

## STATEMENT OF OFFENSE

Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, defendant Versie Segers agrees and stipulates as follows:

1. On November 4, 2017, at approximately 10:05 a.m., the defendant wrapped a book and other miscellaneous items in a shirt, doused that package in isopropyl alcohol, lit it on fire, and threw it over the fence line into the grounds of the Embassy of Malaysia in Washington, D.C. This package caused damage to grass and plants in and around the grounds of the Embassy of Malaysia.

2. From the Embassy of Malaysia, the defendant walked northbound along Reno Road NW and 36th Street NW to the Embassy of Austria. At approximately 10:45 a.m., the defendant threw a rock at one of the windows of the Embassy of Austria, shattering the windowpane. A security guard working nearby at the Embassy of Slovakia heard the sound of glass breaking. He left his post to investigate, observed a large rock and shattered grass on the path to the lower parking area, canvassed the area, and located the defendant sitting nearby. The security guard confronted the defendant. The defendant admitted that he had thrown a rock at the window. Thereafter, an officer with the United States Secret Service confronted the defendant, who again admitted that he had thrown a rock at the window and also admitted that he had started the fire at the Embassy of Malaysia. Another witness, who observed the defendant start the fire at the

Embassy of Malaysia, participated in a show-up identification and positively identified the defendant as the person who started the fire. The defendant was arrested.

3. After his arrest, the defendant was interviewed by protective intelligence agents of the United States Secret Service. The defendant waived his *Miranda* rights and agreed to answer questions. During this interview, the defendant again admitted to his conduct at the Embassy of Malaysia and the Embassy of Austria.

4. Because of the defendant's actions, the Embassy of Austria incurred costs of $1,385.98 to repair the window. The damage to both embassies occurred on property belonging to, utilized, or occupied by foreign governments.

Respectfully submitted,

JESSIE K. LIU
United States Attorney

Michael J. Romano
Assistant United States Attorney
Illinois Bar No. 6293658
555 4th Street, N.W, 11-451
Washington, D.C. 205300
Phone: (202) 252-7873
Email: michael.romano2@usdoj.gov

## DEFENDANT'S ACCEPTANCE

I have read the Statement of Offense setting forth the facts and have discussed it with my attorney, Loui Itoh. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 03/13/2018

_____
Versie Segers
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I am counsel for the defendant, Versie Segers. I have carefully reviewed the above Statement of Offense with my client. To my knowledge, the decision to stipulate to these facts is an informed and voluntary one.

Date: 3/13/18

_____
Loui Itoh
Attorney for Defendant

# Palantir

MOSHEN GMAIL BREAKOUT
No description
MS Graph 1

Exported by Antonio Edwards
(IRMNET) at 2018/03/09 18:22:45
-05:00





◀ ⊕ ⊖ ▶

